People v Williams (2024 NY Slip Op 01651)

People v Williams

2024 NY Slip Op 01651

Decided on March 22, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 22, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, AND DELCONTE, JJ.

211 KA 19-02180

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
DON SPENCER WILLIAMS, DEFENDANT-APPELLANT. 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (LEAH N. FARWELL OF COUNSEL), FOR DEFENDANT-APPELLANT. 
JOHN J. FLYNN, DISTRICT ATTORNEY, BUFFALO (MINDY F. VANLEUVAN OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered October 16, 2019. The judgment convicted defendant, upon a guilty plea, of aggravated family offense. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of aggravated family offense (Penal Law § 240.75 [1]). Even assuming, arguendo, that defendant's waiver of the right to appeal is invalid and therefore does not preclude our review of his challenge to the severity of his sentence (see People v Mowery, 213 AD3d 1300, 1300 [4th Dept 2023]; People v Shaffer, 210 AD3d 1452, 1452-1453 [4th Dept 2022]; People v Davis, 189 AD3d 2140, 2141 [4th Dept 2020]), we conclude that the sentence is not unduly harsh or severe.
Entered: March 22, 2024
Ann Dillon Flynn
Clerk of the Court